UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAISY LYNNE MEADOWS,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>CURTIS RIGNEY, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:25-cv-00515-MMD-CSD<br><br>ORDER |

On December 3, 2025, the Court dismissed Plaintiff Daisy Lynne Meadows's complaint without prejudice because it did not comply with federal and local rules governing the formatting of pleadings, pleading of claims, and pursuing multiple claims and defendants in a single lawsuit, and gave her until January 2, 2026, to file an amended complaint to correct those defects. (ECF No. 17.) The Court also denied all but two of the many motions Plaintiff has filed in this case's short existence. (*Id.*) The Court now reaches Plaintiff's two remaining motions, which seek to substitute a warden defendant with his successor and for permission to supplement injunctive-relief motions that have been denied. (ECF Nos. 15, 16). The Court denies these motions for the same reasons it denied Plaintiff's other motions. (*See* ECF No. 17 at 11–17.)

It is therefore ordered that Plaintiff's motions to substitute a defendant and for leave to supplement resolved motions (ECF Nos. 15, 16) are denied.

DATED THIS 4th day of December 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE