UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAISY LYNNE MEADOWS, | Case No. 3:25-cv-00515-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| CURTIS RIGNEY, *et al.*, | |
| Defendants. | |

On December 3, 2025, this Court ordered *pro se* Plaintiff Daisy Meadows to file an amended complaint by January 2, 2026. (ECF No. 17.) Ten days after that deadline expired, Plaintiff moved to extend it by 90 days, arguing that more time is needed due to "official duties responsibilities work needed instruction council." (ECF No. 21.) Bearing Plaintiff's belated motion in mind, the Court considers alternatives to dismissal and finds good cause exists to extend the deadline to file an amended complaint, but not by 90 days. In screening Plaintiff's original complaint, the Court instructed her about local and federal rules governing formatting pleadings, pleading claims, and joining multiple claims and defendants in a single lawsuit. (ECF No. 17.) And the Court provided Plaintiff the legal standards for her possible claims. (*Id.*) Plaintiff should be able to file an amended complaint consistent with the Court's directions within 30 days.

It is therefore ordered that the motion to extend the deadline to file an amended complaint (ECF No. 21) is granted in part and denied in part. The deadline for Plaintiff to file an amended complaint is extended to February 13, 2026.

DATED THIS 14th Day of January 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE